UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THEODORE AND LOIS KOZIOL,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>THE UNITED STATES OF AMERICA,<br><br>　　　　　Defendant. | Case No. 08cv947-DMS(BLM)<br><br>**ORDER SETTING TELEPHONIC CASE MANAGEMENT CONFERENCE** |

On May 29, 2008, Plaintiff in the above matter filed a motion to compel discovery and for sanctions. Doc. No. 2. Although the disputed discovery pertains to matters located in the Eastern District of Pennsylvania, the parties contest a subpoena issued by the Southern District of California, and the motion is therefore before this Court. Id.; Fed. R. Civ. P. 45 (court issuing subpoena adjudicates disputes concerning subpoena).

To apprise this Court of the status of the dispute, a telephonic case management conference will be held on **June 11, 2008** at **9:30 a.m.** with Magistrate Judge Barbara L. Major. **Counsel shall appear telephonically.** Plaintiff's counsel and counsel for General Atomics Aeronautical Systems, Inc. shall participate in the

1 | conference.  Counsel for parties in the Eastern District of
2 | Pennsylvania case may participate, but are not required to do so.
3 | Plaintiff's counsel shall initiate the conference call.
4 | **Plaintiff's counsel shall serve copies of this order on all**
5 | **other parties in the Eastern District of Pennsylvania case, as well**
6 | **as counsel for General Atomics Aeronautical Systems, Inc.**
7 | **IT IS SO ORDERED.**
8 | DATED: June 2, 2008

*[signature: Barbara L. Major]*

BARBARA L. MAJOR
United States Magistrate Judge

COPY TO:

HONORABLE DANA M. SABRAW
UNITED STATES DISTRICT JUDGE

ALL COUNSEL AND PARTIES