1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THEODORE AND LOIS KOZIOL, ) | Case No. 08cv947-DMS(BLM) |
| ) | |
| Plaintiffs, ) | |
| ) | **ORDER SETTING HEARING DATE AND** |
| v. ) | **BRIEFING SCHEDULE FOR** |
| ) | **PLAINTIFFS' MOTION TO COMPEL** |
| THE UNITED STATES OF AMERICA, ) | |
| ) | [Doc. No. 1] |
| Defendant. ) | |
| ) | |

On June 5, 2008, counsel for Plaintiffs contacted the Court to obtain a hearing date for a Motion to Compel. This Order sets forth a hearing date and briefing schedule for that motion.

///
///
///
///
///
///
///
///
///

1      A hearing date of **July 15, 2008** at **1:30 p.m.** is assigned. Plaintiffs filed the motion to compel on May 29, 2008. Any exhibits that Plaintiffs wish to accompany this motion shall be filed on or before **June 10, 2008**. Any opposition must be filed on or before **July 1, 2008**. Plaintiffs shall file any reply on or before **July 8, 2008**.

     **IT IS SO ORDERED.**

DATED: <u>June 9, 2008</u>

*[signature]*

BARBARA L. MAJOR
United States Magistrate Judge

COPY TO:

HONORABLE DANA M. SABRAW
UNITED STATES DISTRICT JUDGE

ALL COUNSEL AND PARTIES