1 | J. Daniel Holsenback, Esq. (SBN 145640)
**J. DANIEL HOLSENBACK, APC**
2 | 625 Broadway, Suite 906
San Diego, California 92101
3 | Telephone: (619) 269-4634
Facsimile: (619) 269-4635
4
Attorneys for Plaintiffs Theodore & Lois Koziol

## IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THEODORE AND LOIS KOZIOL<br>24 Seagoin Road<br>Brick Town, NJ 08723<br><br>Plaintiffs,<br><br>vs.<br><br>THE UNITED STATES OF AMERICA<br>The Executive Office<br>Office of the Legal Adviser<br>Room 5519<br>United States Department of State<br>2201 C Street, NW<br>Washington, DC 20520-6310<br><br>Defendants. | Case No. 08cv947-DMS (BLM)<br><br>(E.D. Pa. No. 07-3432)<br><br>**PLAINTIFFS' <u>AMENDED</u> NOTICE OF MOTION AND MOTION TO COMPEL AND FOR SANCTIONS**<br><br>Hon. Barbara L. Major<br>Courtroom: TBD<br>Date: July 15, 2008<br>Time: 1:30 p.m.<br><br>**[FRCP 45]** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD AND TO GENERAL ATOMICS:**

**YOU ARE HEREBY NOTIFIED THAT** on July 15, 2008, at 1:30 p.m. or as soon thereafter as the matter may be heard in a Courtroom to be determined by the Court, located at 940 Front Street, San Diego, California, 92101, the Motion to Compel of Plaintiffs Theodore and Lois Koizol will be heard.

The Motion to Compel will be based on this Notice of Motion to Compel and Motion to Compel, the Memorandum of Points & Authorities, and the Declaration of J. Daniel Holsenback, all

1

filed and served concurrently herewith, and on all papers and document in the Court's file, and on whatever argument the Court considers at the hearing.

Please also take notice that Plaintiffs seek an award of attorneys' fees and costs in the amount of $5,651.00.

June 10, 2008

J. DANIEL HOLSENBACK, APC

By: *(signature)*

J. Daniel Holsenback
Attorney for Plaintiffs
Theodore & Lois Koziol