```
 1   J. Daniel Holsenback, Esq. (SBN 145640)
     J. DANIEL HOLSENBACK, APC
 2   625 Broadway, Suite 906
     San Diego, California 92101
 3   Telephone:    (619) 269-4634
     Facsimile:    (619) 269-4635
 4
     Attorneys for Plaintiffs Theodore & Lois Koziol
 5
```

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THEODORE AND LOIS KOZIOL<br>24 Seagoin Road<br>Brick Town, NJ 08723<br><br>     Plaintiffs,<br><br>vs.<br><br>THE UNITED STATES OF AMERICA<br>The Executive Office<br>Office of the Legal Adviser<br>Room 5519<br>United States Department of State<br>2201 C Street, NW<br>Washington, DC 20520-6310<br><br>     Defendants. | Case No.  08cv0947-DMS (BLM)<br><br>(E.D. Pa. No. 07-3432)<br><br>**DECLARATION OF J. DANIEL HOLSENBACK IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL AND FOR SANCTIONS**<br><br>Hon.    Barbara L. Major<br>Courtroom: TBD<br>Date:    July 15, 2008<br>Time:    1:30 p.m.<br><br>**[FRCP 45]** |

I, J. Daniel Holsenback, declare:

1. I am an attorney admitted to practice before the United States District Court for the Southern District of California.

2. I represent Plaintiffs in the above-referenced action in their effort to compel production of documents pursuant to subpoenas issued by this District Court to non-party General Atomics as part of the discovery process in <u>Koziol v. USA</u>, E.D. Pa. No. 07-3422.

3. On June 5, 2008 I sent an email to attorney Paul A. Tyrell, Esq., letting him know that I had left him a voicemail informing him that I had been hired as local counsel to file a motion to compel with regard to a subpoena for documents served on his client General Atomics in connection with Koziol v. USA, a case pending in Pennsylvania. I told him that I had filed a first notice and memorandum of points and authorities as our initial filing to get a Southern District case number and magistrate assignment. I attached those documents to the email. I also attached to the email the exhibits referenced in the memorandum of points and authorities, letting him know they would be lodged at the time we served all of our documents in this case.

4. I spoke to Mr. Tyrell on the telephone twice on June 9, 2008. I informed Mr. Tyrell that the Court issued an order requiring additional papers to be filed by June 10, 2007 and that I intended to file a declaration detailing our meet and confer efforts. I forwarded him a copy of that order. We agreed to speak later in the afternoon to begin our meet and confer efforts as local counsel, having given ourselves time to "ramp up" on the merits of the dispute or, alternatively, we would set a time for early the next morning to have a substantive discussion. In our second telephone conversation of June 9, 2008, Mr. Tyrell informed me that he would be speaking with New York counsel for his client early in the morning of June 10, 2008 and that he would be doing so as he was driving to El Centro for a deposition and call me after speaking with New York counsel. As of 12:08 p.m. on June 10, 2008 I have not heard from Mr. Tyrell.

5. The meet and confer efforts of attorney Arthur Wolk and counsel for General Atomics are set forth in the exhibits lodged with this Court.

6. Our June 6, 2008 bill on this matter was for $2,206.00. It included my time at $300.00 per hour (I have practicing law for two decades, attended King Hall at UC Davis, began my career with Gray Cary, and am AV-rated) and that of attorney Chris Taylor at $250.00 per hour (he has been

practicing law for one decade after graduating in the top 15% of his class at Northwestern School of Law at Lewis & Clark College and clerking for the Hon. Deborah A. Agosti in Nevada).

7. Our June 6, 2008 bill also included the filing fee of $350.00 for this motion.

8. Since our June 6, 2008 bill, I have billed $900.00, Mr. Taylor has billed $650.00, and paralegal Patrick Todd has billed $45.00.

9. Lodged are true and correct copies of the following exhibits which I received by email on June 5, 2008 from attorney Arthur Wolk:

    A.   Subpoena issued to General Atomics on February 21, 2008.
    B.   D. Lowenthal email to A. Wolk dated March 13, 2008.
    C.   A. Wolk email to D. Lowenthal dated March 10, 2008.
    D.   S. Goodstine email to A. Wolk dated March 19, 2008.
    E.   Draft confidentiality agreement.
    F.   S. Goodstine email to A. Wolk dated April 2, 2008.
    G.   Reserved subpoena.
    H.   S. Goodstine email to A. Wolk dated April 4, 2008.
    I.   Objections.
    J.   Additional objections.
    K.   Report exercerpts.
    L.   Schmidt affidavit.
    M.   Presentation by GA-ASI representative.

10. Cynthia Devers from attorney Arthur Wolk's office spent 10 hours related to this subpoena, including the time she spent drafting the motion to compel. Mr. Wolk's office has been involved in aircraft litigation for more than 35 years and they have obtained multi-million dollar settlements and verdicts during that period. Ms. Devers hourly rate is $185.00 per hour. Plaintiffs request $1,850.00 for her time preparing this motion. Plaintiffs seek the total fees and costs incurred related to this motion to date -- $5,651.00 – and those fees incurred through the duration of this motion process.

| | |
|---|---|
| 1 | I declare under penalty of perjury that the foregoing is true and correct.  Executed at San Diego, |
| 2 | California this 10th day of June 2008. |

_____
J. Daniel Holsenback