UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THEODORE AND LOIS KOZIOL,<br><br>  Plaintiffs,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>  Defendant. | Case No. 08cv947-DMS(BLM)<br><br>**ORDER SETTING HEARING DATE AND BRIEFING SCHEDULE FOR DEFENDANT'S CROSS-MOTION AND RESETTING HEARING DATE FOR PLAINTIFF'S MOTION TO COMPEL** |

On June 30, 2008, counsel for Defendants contacted the Court to obtain a hearing date for a cross-motion to quash Plaintiff's subpoena. This Order sets forth a hearing date and briefing schedule for that motion, and resets the hearing date for Plaintiff's currently-pending motion to compel.

A hearing date of **August 13, 2008** at **1:30 p.m.** is assigned for Defendants' cross-motion to quash Plaintiff's subpoena. Defendants' cross-motion must be filed by **July 1, 2008**. Any opposition must be filed on or before **July 15, 2008**. Defendants shall file any reply on or before **July 22, 2008**.

The hearing date for Plaintiff's motion to compel likewise is continued until **August 13, 2008** at **1:30 p.m.** However, **the briefing**

**schedule on Plaintiff's motion to compel remains as previously set.**

<u>See</u> Doc. No. 3 (setting briefing schedule).

   **IT IS SO ORDERED.**

DATED: <u>June 30, 2008</u>

_____
BARBARA L. MAJOR
United States Magistrate Judge

COPY TO:

HONORABLE DANA M. SABRAW
UNITED STATES DISTRICT JUDGE

ALL COUNSEL AND PARTIES