1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                  SOUTHERN DISTRICT OF CALIFORNIA
10
11   THEODORE AND LOIS KOZIOL,      )  Case No. 08cv947-DMS(BLM)
                                    )
12                   Plaintiffs,    )
                                    )  **ORDER SETTING TELEPHONIC CASE**
13   v.                             )  **MANAGEMENT CONFERENCE**
                                    )
14   THE UNITED STATES OF AMERICA,  )
                                    )
15                   Defendant.     )
     _____ )
16

17          On July 14, 2008, parties to the above matter filed a joint

18   motion for a protective order.  Doc. No. 14.  In order to discuss

19   this motion and the status of the case, an attorneys-only Case

20   Management Conference shall be held on **July 24, 2008** at **1:15 p.m.**,

21   or as soon thereafter as the Court's calendar will allow, with the

22   chambers of Magistrate Judge Major.  **Counsel shall appear**

23   **telephonically.**  The Court will initiate the conference call.

24          **IT IS SO ORDERED.**

25   DATED:  July 17, 2008

26                              _____

27                              BARBARA L. MAJOR
                                United States Magistrate Judge
28

1   COPY TO:

2   HONORABLE DANA M. SABRAW
    UNITED STATES DISTRICT JUDGE
3
    ALL COUNSEL AND PARTIES
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28